UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BARRY D. IRVIS,

                      Petitioner,

        v.                                                  9:12-CV-1538
                                                                       (FJS/TWD)

SUPERINTENDENT HAGGAT, Mt. McGregor
Correctional Facility,

                      Respondent.
_____

**APPEARANCES**                                            **OF COUNSEL**

**BARRY D. IRVIS**
**08-A-4424**
Gowanda Correctional Facility
P. O. Box 311
Gowanda, New York 14070
Petitioner *pro se*

**OFFICE OF THE NEW YORK**                **PRISCILLA I. STEWARD, AAG**
**STATE ATTORNEY GENERAL**
120 Broadway
New York, New York 10271
Attorneys for Respondent

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Dancks' October 13, 2015 Order and Report-Recommendation, in which she recommended that this Court deny and dismiss Petitioner's writ of habeas corpus. *See* Dkt. No. 13. The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Dancks' October 13, 2015 Order and Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Dancks' October 13, 2015 Order and Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Petitioner's writ of habeas corpus *see* Dkt. No. 1, is **DENIED** and **DISMISSED** in its entirety; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Respondent and close this case; and the Court further

**ORDERS** that no Certificate of Appealability will be issued in this case because Petitioner has not made a "substantial showing of the denial of a constitutional right" as 28 U.S.C. § 2253(c)(2) requires; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: November 3, 2015
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge